AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-500 85-01 |
| | ) | |
| Anthony Douglas Sorensen | ) | |
| a/k/a Anthony Herrera | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Anthony Sorensen a/k/a Anthony Herrera                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance Resulting in Death      21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

Date:      06/20/2024                                          *Matthew Thelen*
                                                     *Issuing officer's signature*

City and state:   Rapid City, South Dakota                Matthew W. Thelen, Clerk of Court
                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                              _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

CC: USM-slt